IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01790-REB-CBS

KEVIN JOHNSTON,

    Plaintiff,

v.

NORTH TABLE MOUNTAIN WATER AND SANITATION DISTRICT, and
BART SPERRY,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Granting Motion for Summary Judgment** [#61] entered by Judge Robert E. Blackburn on August 9, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendants' Motion for Summary Judgment** [#40] filed May 9, 2013, is **GRANTED**;

2. That the claims asserted by the plaintiff, Kevin Johnston, in his amended complaint [#38] are **DISMISSED** with prejudice;

3. That **JUDGMENT IS ENTERED** in favor of the defendants, North Table Mountain Water and Sanitation District and Bart Sperry, against the plaintiff, Kevin Johnston, and the case is **DISMISSED**;

4. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the

Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 12th day of August, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk